STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. ABRAHAM KABAYAMA, DEFENDANT-APPELLANT.

Decided October 21, 1968.

*Mr. Lewis Stein* argued the cause for appellant.

*Mr. Donald R. Del Monte,* Assistant Prosecutor of Morris County, argued the cause for respondent (*Mr. Charles M. Egan, Jr.,* attorney).

*Mrs. Virginia Long Annich* submitted a brief *amicus curiae* (*Mr. Arthur J. Sills,* Attorney General, attorney).

PER CURIAM. The judgment of the Appellate Division is affirmed for the reasons expressed in the opinion of Judge Carton, 98 *N. J. Super.* 85.

*For affirmance* — Chief Justice WEINTRAUB and Justices JACOBS, FRANCIS, PROCTOR, HALL, SCHETTINO and HANEMAN—7.

*For reversal*—None.